UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RODNEY B. GREEN,

    Plaintiff,

    v.

BLOUNT INTERNATIONAL, INC.,
CARLTON COMPANY, JAMES S.
OSTERMAN, RUSSELL L. GERMAN,
SANDRA TABOR; SHANE
BEHBAHANY, and MARK GILMOR,

    Defendants.

ORDER

Civil No. 09-1468-AC

HAGGERTY, District Judge:

    Magistrate Judge Acosta referred to this court a Findings and Recommendation [40] in this matter. The Magistrate Judge recommends that defendants' Motion to Dismiss [14] and

1 - ORDER

Motion to Strike [37] be granted.  Plaintiff filed timely objections.  For the following reasons, this court adopts the Findings and Recommendation.

## STANDARDS

When a party objects to any portion of a Findings and Recommendation, the district court must conduct a *de novo* review.  28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  The court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).

## DISCUSSION

Plaintiff, appearing *pro se*, brought suit for a number of claims related to alleged discrimination based on his race.  The Findings and Recommendation contains a factual summary outlining the history of this matter, and the facts will not be repeated here.  The Findings and Recommendation found that plaintiff failed to exhaust administrative remedies and failed to state a claim upon which relief could be granted.  The Findings and Recommendation also concluded that defendants' Motion to Strike plaintiff's Motion for an Order of Execution of Maritime Lien Enforcement should be granted.

Plaintiff objects to the Findings and Recommendation on a number of grounds stemming from his assertion that "Magistrate Acosta is apparently not versed in Admiralty Law."  Pl.'s Objections at 2.  This case has no relationship to maritime activity and nothing to do with admiralty law.  Written analysis of plaintiff's objections is unwarranted.  This court has conducted a *de novo* review of the entire record and adopts the Findings and Recommendation in its entirety.

## CONCLUSION

2  - ORDER

For the foregoing reasons, the court adopts the Findings and Recommendation [40]. Defendants' Motion to Dismiss [14] and Motion to Strike [37] are GRANTED. This case is DISMISSED with prejudice. Any other pending motions are denied as moot.

IT IS SO ORDERED.

DATED this  28   day of June, 2010.

                                            /s/ Ancer L. Haggerty   
                                             Ancer L. Haggerty  
                                      United States District Judge